IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-39-D

| | |
|---|---|
| CARSTON EXUM,<br>       Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>in her capacity as Acting Commissioner of<br>the United States Social Security<br>Administration,<br>       Defendant. | **ORDER** |

This matter is before the clerk on the pro se plaintiff's motion to deny defendant's motion for extension of time [DE-8]. On February 19, 2019, the clerk granted the defendant's motion for extension of time [DE-5]. Consequently, plaintiff's motion is DENIED as moot.

SO ORDERED. This the 1st day of March, 2019.

/s/ Peter A. Moore, Jr.
Peter A. Moore, Jr.
Clerk of Court