UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CARSTON EXUM,                                          )
                                                       )
                          Plaintiff,                   )
                                                       )        **JUDGMENT IN A CIVIL CASE**
                v.                                     )
                                                       )        **CASE NO. 5:19-CV-39-D**
ANDREW M. SAUL, Commissioner of Social                 )
Security,                                              )
                          Defendant.                   )


**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES plaintiff's motion
for judgment on the pleadings [D.E. 17], GRANTS defendant's motion for judgment on the
pleadings [D.E. 20], AFFIRMS defendant's final decision, OVERRULES plaintiff's objections to
the M&R [D.E. 26], and DISMISSES this action.


**This Judgment Filed and Entered on October 15, 2019, and Copies To:**

| | |
|---|---|
| Carston Exum | (Sent to 321 Coleman Ave. Rocky Mount, NC 27801 via US Mail) |
| Wanda D. Mason | (via CM/ECF electronic notification) |
| John E. Harris | (via CM/ECF electronic notification) |


DATE:                                   PETER A. MOORE, JR., CLERK
October 15, 2019                        (By)  /s/ Nicole Sellers
                                         Deputy Clerk